1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Lopez-Panagua

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,        )   CASE NO.  08CR1355-MLH
                                      )
12 |         Plaintiff,                )
                                      )   JOINT MOTION TO CONTINUE
13 | v.                                )   TO CONTINUE HEARING
                                      )
14 | JOSE LOPEZ-PANAGUA,              )
                                      )
15 |         Defendant.                )
                                      )
16 |_____ )

17        Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus,

18 and Federal Defenders of San Diego, Inc, counsel for Mr. Lopez-Panagua, along with Assistant United States

19 Attorney Christopher Alexander, that the hearing set for May 27, 2008, at 2:00 p.m. be continued to July 21,

20 2008, at 2:00 p.m.

21                                    Respectfully submitted,

23 DATED: May 22, 2008        **/s/ Kris J. Kraus**
                              **KRIS J. KRAUS**
24                            Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Lopez-Panagua

26 DATED: May 22, 2008        **/s/ Christopher Alexander**
                              **CHRISTOPHER ALEXANDER**
27                            Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: Christopher.M.Alexander@usdoj.gov

Dated: May 22, 2008              /s/ Kris J. Kraus
                                 KRIS J. KRAUS
                                 Federal Defenders of San Diego, Inc
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467 (tel)
                                 (619) 687-2666 (fax)
                                 e-mail: kris_kraus@fd.org