1  **KRIS J. KRAUS**
California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Lopez-Panagua

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,      )   CASE NO: 08CR1355-MLH
                                   )
12       Plaintiff,                )
                                   )
13  v.                             )   MOTION FOR AN ORDER TO VIEW "A-FILE"
                                   )   AND GRANT PRODUCTION OF DISCOVERY
14  JOSE LOPEZ-PANAGUA,            )
                                   )
15       Defendant.                )
                                   )
16  _____)

17  TO:   KAREN HEWITT, UNITED STATES ATTORNEY; AND
        CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY
18
        Mr. Lopez-Panagua respectfully requests an order granting the production of all documents discoverable, under Rule 16 of the Federal Rules of Criminal Procedure, contained in the Alien File(s) AKA "A-File" related to his case that is/are in the possession of the United States Attorney's Office. Mr. Lopez-Panagua also requests that his counsel be allowed to inspect the "A-File(s)" at a time and place mutual agreeable to both counsel. The requested documents are necessary in the preparation for the filing of motions and preparation for trial.

        Assistant United States Attorney Christopher Alexander does not object to this request.

                               Respectfully submitted,

DATED: May 22, 2008            /s/ Kris J. Kraus
                               **KRIS J. KRAUS**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Lopez-Panagua

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: Christopher.M.Alexander@usdoj.gov

Dated: May 22, 2008                    /s/  Kris J. Kraus
                                       KRIS J. KRAUS
                                       Federal Defenders of San Diego, Inc
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467 (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: kris_kraus@fd.org