```
                                              FILED

                                         08 MAY 22 PM 3:53

                                         CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:              DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-1355-H |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING** |
| JOSE LOPEZ-PANAGUA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion hearing set for May 27, 2008 at 2:00 p.m. be rescheduled to **July 21, 2008, at 2:00 p.m.** The defendant is currently in custody, and the Court finds that time is excludable under the Speedy Trial Act..

**IT IS SO ORDERED.**

DATED: 5/22/08

HONORABLE MARILYN L. HUFF
United States District Judge