FILED

08 MAY 22 PM 3: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *Q*

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1355-MLH |
| Plaintiff, | ) | |
| v. | ) | **ORDER AUTHORIZING THE VIEWING OF MR. LOPEZ-PANAGUA'S "A-FILE(S)" AND GRANTING PRODUCTION OF "A-FILE" DISCOVERY** |
| JOSE LOPEZ-PANAGUA, | ) | |
| Defendant. | ) | |
| | ) | |

Upon application of the defendant, Mr. Lopez-Panagua, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Attorney's Office hereby produce a copy of all "A-File" documents discoverable under Rule 16 of the Federal Rules of Criminal Procedure and allow defense counsel an opportunity to view and inspect the "A-File(s)" at a time mutually agreeable between counsel.

**SO ORDERED.**

DATED: 5/22/08

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge