| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Christopher Alexander |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 230257 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7425 / Fax: (619) 235-2757 |
| | Email: Christopher.Alexander@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr11355 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| Jose Lopez-Panagua | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None.

//

//

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  Name (If none, enter "None" below)

6  None.

7  Please call me if you have any questions about this notice.

8  DATED: May 23, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Christopher Alexander*
CHRISTOPHER ALEXANDER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.Alexander@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1355 |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| Jose Lopez-Panagua | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Christopher Alexander, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Kris Kraus

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008                    /s/ *Christopher Alexander*

                                                              CHRISTOPHER ALEXANDER

|   |                          |
|---|--------------------------|
| 1 | Assistant U.S. Attorney  |
| 2 |                          |
| 3 |                          |
| 4 |                          |
| 5 |                          |
| 6 |                          |
| 7 |                          |
| 8 |                          |
| 9 |                          |
| 10 |                         |
| 11 |                         |
| 12 |                         |
| 13 |                         |
| 14 |                         |
| 15 |                         |
| 16 |                         |
| 17 |                         |
| 18 |                         |
| 19 |                         |
| 20 |                         |
| 21 |                         |
| 22 |                         |
| 23 |                         |
| 24 |                         |
| 25 |                         |
| 26 |                         |
| 27 |                         |
| 28 |                         |