1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Lopez-Panagua

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,        )   CASE NO. 08CR1355-MLH
                                     )
12         Plaintiff,                )
                                     )   JOINT MOTION TO CONTINUE
13  v.                               )   TO CONTINUE HEARING
                                     )
14  JOSE LOPEZ-PANAGUA,              )
                                     )
15         Defendant.                )
                                     )
16  _____  )

17       Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus,
18  and Federal Defenders of San Diego, Inc, counsel for Mr. Lopez-Panagua, along with Assistant United States
19  Attorney Christopher Alexander, that the hearing set for July 21, 2008, at 2:00 p.m. be continued until August
20  25, 2008 at 2:00 p.m.

22                                   Respectfully submitted,

24  DATED: July 16, 2008              **/s/ Kris J. Kraus**
                                      **KRIS J. KRAUS**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Lopez-Panagua

27  DATED: July 16, 2008              **/s/ Christopher Alexander**
                                      **CHRISTOPHER ALEXANDER**
28                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: Christopher.M.Alexander@usdoj.gov

Dated: July 16, 2008            /s/ Kris J. Kraus
                                KRIS J. KRAUS
                                Federal Defenders of San Diego, Inc
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
                                e-mail: kris_kraus@fd.org