**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Lopez-Panagua

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1355-MLH |
| Plaintiff, ) | |
| ) | AMENDED |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | TO CONTINUE HEARING |
| JOSE LOPEZ-PANAGUA, ) | |
| Defendant. ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, Inc, counsel for Mr. Lopez-Panagua, along with Assistant United States Attorney Christopher Alexander, that the hearing set for July 21, 2008, at 2:00 p.m. be continued until August 25, 2008 at 2:00 p.m.

Speedy trial clock is tolled because there are currently motions on file. Defendant is in custody.

Respectfully submitted,

DATED: July 16, 2008      **/s/ Kris J. Kraus**
                          **KRIS J. KRAUS**
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Mr. Lopez-Panagua

DATED: July 16, 2008      **/s/ Christopher Alexander**
                          **CHRISTOPHER ALEXANDER**
                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: Christopher.M.Alexander@usdoj.gov

Dated: July 16, 2008                     /s/  Kris J. Kraus
                                         KRIS J. KRAUS
                                         Federal Defenders of San Diego, Inc
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467 (tel)
                                         (619) 687-2666  (fax)
                                         e-mail: kris_kraus@fd.org