1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,        )      CASE NO. 08CR1355-MLH
                                     )
12          Plaintiff,               )
                                     )
13  v.                               )      ORDER FOR JOINT MOTION
                                     )      TO CONTINUE HEARING
14  JOSE LOPEZ-PANAGUA,              )
                                     )
15          Defendant.               )
                                     )
16  _____ )

17          **IT IS HEREBY ORDERED**, that for good cause, the hearing in the above-

18  mentioned case, should be continued from July 21, 2008, at 2:00 p.m. p.m. until **August 25,**

19  **2008 at 2:00 p.m..**  The Court  that the speedy trial clock is tolled because there are currently

20  motions on file. Defendant is in custody.

21          **SO ORDERED.**

22

23  DATED: July 17, 2008            _____
                                     **HONORABLE MARILYN L. HUFF**
24                                   United States District Judge

25

26

27

28