1  **KRIS J. KRAUS**
California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Jose Lopez-Panagua

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No. 08CR1355-MLH |
| ) | |
| 12          Plaintiff, ) | DATE: AUGUST 25, 2008 |
| ) | TIME: 2:00 p.m. |
| 13  v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14  JOSE LOPEZ-PANAGUA, ) | |
| ) | 1) SUPPRESS STATEMENTS |
| 15          Defendant. ) | |
| ) | |

17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:
18

19        PLEASE TAKE NOTICE that on August 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may

20  be heard, defendant, Jose Lopez-Panagua, by and through his attorneys, Kris J. Kraus, and Federal Defenders

21  of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

# MOTIONS

Defendant, Jose Lopez-Panagua, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)     Suppress Statements

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                  Respectfully submitted,

Dated: August 11, 2008                  /s/ Kris J. Kraus
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Lopez-Panagua
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: christopher.alexander@usdoj.gov

Dated: August 11, 2008              /s/  Kris J. Kraus
                                    KRIS J. KRAUS
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail: kris_kraus@fd.org