**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Jose Lopez-Panagua

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1355-MLH |
| Plaintiff, | |
| v. | DATE: AUGUST 25, 2008<br>TIME: 2:00 p.m. |
| JOSE LOPEZ-PANAGUA, | |
| Defendant. | <u>NOTICE OF MOTIONS AND MOTIONS TO:</u> |
| | 1) DISMISS THE INDICTMENT BECAUSE IT DOES NOT ALLEGE INSPECTION AND ADMISSION BY AN IMMIGRATION OFFICER OR ACTUAL AND INTENTIONAL EVASION OF INSPECTION AT THE NEAREST INSPECTION POINT;<br>2) DISMISS THE INDICTMENT BECAUSE IT FAILS TO ALLEGE THE MENS REA ELEMENT OF THE OFFENSE;<br>3) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND<br>4) PRODUCE TRANSCRIPT OF GRAND JURY PRESENTMENT OF INSTRUCTIONS CONCERNING THE ELEMENTS OF THE OFFENSE.<br>5) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

//

//

PLEASE TAKE NOTICE that on August 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Jose Lopez-Panagua, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

Defendant, Jose Lopez-Panagua, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss the Indictment Because it Does Not Allege Inspection and Admission by an Immigration Officer or Actual and Intentional Evasion of Inspection at the Nearest Inspection Point;

(2) Dismiss the Indictment Because it Fails to Allege the Mens Rea Element of the Offense;

(3) Dismiss the Indictment Due to Misinstruction of the Grand Jury; and

(4) Produce Transcript of Grand Jury Presentment Instructions Concerning the Elements of the Offense.

(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: August 11, 2008

/s/ Kris J. Kraus
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Lopez-Panagua
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: christopher.alexander@usdoj.gov

Dated: August 11, 2008                                         /s/  Kris J. Kraus
                                                              KRIS J. KRAUS
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: kris_kraus@fd.org