INDEX TO EXHIBITS
U.S. v. PANAGUA-LOPEZ
08CR1355-MLH

EXHIBIT A

Partial Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . 1-33

EXHIBIT B

Reporter's Transcript of Proceedings, dated January 11, 2007  . . . . . . . . . . . . . . . . . . . . . . . 34-102